UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MIKEL REEVES,**<br><br>Defendant. | Case No.<br><br>VIOLATIONS:<br><br>**21 U.S.C. §§ 841(a)(1), (b)(1)(D)**<br>**(Unlawful Possession of Marijuana with Intent to Distribute)**<br><br>**D.C. Code § 22-4504**<br>**(Carrying a Pistol without a License)** |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about August 20, 2025, within the District of Columbia and elsewhere, MIKEL REEEVES, did unlawfully possess a controlled substance with the intent to distribute it, to wit, marijuana.

(In violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D))

### COUNT TWO

On or about August 20, 2025, within the District of Columbia and elsewhere, MIKEL REEEVES, without being licensed to carry a pistol by the Chief of Police of the District of Columbia, did voluntarily and on purpose, and not by mistake of accident, carry a pistol, to wit, a black .357 caliber, Glock 32, in a place other than his home, place of business, or land or premises possessed and controlled by him.

(In violation of D.C. Code § 22-4504)

Respectfully submitted,

                JEANINE FERRIS PIRRO
                United States Attorney

By:   */s/ Christopher R. Howland*
       Christopher R. Howland (DC Bar 1016866)
       Assistant United States Attorney
       Fraud, Public Corruption, & Civil Rights Section