IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MIKEL REEVES,<br><br>Defendant. | Case No. 25-CR-328 (TJK) |

### UNITED STATES' SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

As the Court is aware, the Court held the sentencing hearing in the above-captioned case on February 6, 2026. During the February 6 sentencing, the Court questioned whether it had the authority to sentence Defendant Reeves on Count 2 of the Criminal Information pursuant to the Youth Rehabilitation Act ("YRA"). D.C. Code § 24-903, *et. seq*. Although the Defendant correctly notes in his supplemental briefing that at least two Courts in this District have assumed authority under the YRA, *see* ECF No. 32 at 2, neither Court grappled with the issue in any meaningful way. The government is still assessing this question and hopes to have a position by the time of the next hearing in this matter.

Moreover, setting aside the question of the Court's jurisdiction, this Court has not had the benefit of reviewing the results of a Youth Act Study completed for Defendant Reeves. Ordering a Youth Act Study for a Defendant seeking relief under the YRA is typically a preliminary step in Superior Court, as it provides the Court with a thorough psychological, educational, and social assessment of a particular defendant's appropriateness to be sentenced under the YRA. In the event that the Court determines that it has authority to sentence Defendant Reeves under the YRA (and the government is not conceding that it does), the Youth Act Study may affect the government's

position on whether Defendant Reeves is an appropriate candidate.

## CONCLUSION

Accordingly, the Government respectfully requests this Court defer the ultimate determination of its authority under the YRA, and order a Youth Act Study for Defendant Reeves.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:    /s/*Christopher R. Howland*
        Christopher R. Howland
        Assistant United States Attorney
        Fraud, Public Corruption, & Civil Rights
        D.C. Bar No. 1016866
        601 D Street, N.W.,
        Washington, D.C. 20530
        202-252-7106
        Christopher.Howland@usdoj.gov